## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

JANE DOE,                                    )
                                             )
      Plaintiff,                           )
                                             )
vs.                                          )
                                             )
G6 HOSPITALITY PROPERTY, LLC;                )
MOTEL 6 OPERATING L.P. #140 D/B/A            )   No. 1:23-cv-00414-JB-DLM
MOTEL 6 ALBUQUERQUE MIDTOWN                  )
#9016,                                       )
                                             )
      Defendants.                          )

## NOTICE OF NON-OPPOSITION TO MOTION TO REMAND

Defendants, G6 Hospitality Property LLC and Motel 6 Operating L.P. (collectively

"G6"), hereby notify the Court and the parties that G6 does not oppose the relief requested in

Plaintiff's Motion to Remand [Doc. 9], filed on June 12, 2023.

Respectfully submitted,

MODRALL, SPERLING, ROEHL, HARRIS
  & SISK, P.A.

By: _/s/ Elizabeth A. Martinez_____
    Alex C. Walker
    Elizabeth A. Martinez
    Post Office Box 2168
    Albuquerque, New Mexico 87103-2168
    Telephone: (505) 848-1800
    Facsimile: (505) 848-9710
    awalker@modrall.com
    emartinez@modrall.com

*Attorneys for Defendants G6 Hospitality Property,*
*LLC and Motel 6 Operating L.P.*

WE HEREBY CERTIFY that on the 23rd day of June, 2023, we filed the foregoing electronically through the CM/ECF system and served the following counsel via electronic mail:

L. Todd Kelly
THE CARLSON LAW FIRM, P.C.
11606 North IH-35
Austin, Texas 78753
Telephone: (512) 346-5688
tkellyefile@carlsonattorneys.com

S. Rafe Foreman
HUTCHISON & FOREMAN, PLLC
1312 Texas Ave. Suite 101
Lubbock, Texas 79401
Telephone: (806) 491-4911
SRFservice@Fightsforright.com

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: _/s/ Elizabeth A. Martinez_____
   Elizabeth A. Martinez