IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

    Plaintiff,

vs.                                                               No. CIV 23-0414 JB/DLM

G6 HOSPITALITY PROPERTY, LLC;
MOTEL 6 OPERATING L.P. #140 D/B/A
MOTEL 6 ALBUQUERQUE MIDTOWN
 #9016,

    Defendants.

## ORDER ON PLAINTIFF'S MOTION TO REMAND

    After considering Plaintiff's Motion to Remand, the response, and the notice of removal, the Court finds that there is no complete diversity of citizenship with respect to the parties in this case and REMANDS this case to the Second Judicial Court of Bernalillo County for further proceedings.

                                                                                  _____
                                                                                   UNITED STATES DISTRICT JUDGE