**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

JANE DOE, a sex trafficking survivor,

      Plaintiff,

vs.                                                                                    No. CIV 23-0414 JB/DLM

G6 HOSPITALITY PROPERTY, LLC, and
MOTEL 6 OPERATING L.P. #140 d/b/a
MOTEL 6 ALBUQUERQUE MIDTOWN
#9016,

      Defendants.

## FINAL JUDGMENT

    **THIS MATTER** comes before the Court on the Order on Plaintiff's Motion to Remand, filed July 28, 2023 (Doc. 13)("Order").  In the Order, the Court "finds that there is no complete diversity of citizenship with respect to the parties in this case and REMANDS this case to the Second Judicial Court of Bernalillo County for further proceedings."  Order at 1.  With no more parties, claims, or issues before the Court, the Court enters Final Judgment, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case.  See Fed. R. Civ. P. 58(a).

    **IT IS ORDERED** that: (i) this case is remanded to the County of Bernalillo, Second Judicial District, State of New Mexico; and (ii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

S. Rafe Foreman
Hutchinson & Foreman, PLLC
Lubbock, Texas

      *Attorneys for the Plaintiff*

Alex Cameron Walker
Elizabeth Ann Martinez
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Albuquerque, New Mexico

      *Attorneys for the Defendants*